# United States District Court SEALED

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

ALI AL-AWADI

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:15-mj-00073

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 21, 2014, in Marion County, in the Southern District of Indiana defendants did,

Count 1: Sexual Exploitation of a Child

in violation of Title 18, United States Code, Sections 2251(a). I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Task Force Officer Darin Odier, FBI

**Sworn to before me, and subscribed in my presence**

February 2, 2015
**Date**

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

# AFFIDAVIT

I, Darin Odier, a Task Force Office (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. **Affiant**: I am a law enforcement officer with the Indianapolis Metropolitan Police Department. I am federally deputized and assigned to the FBI Indianapolis Violent Crimes Against Children Task Force. I have been employed by the Indianapolis Metropolitan Police Department (IMPD) as an officer since 1989. I have received extensive training in child sexual exploitation investigations from several sources, including the Crimes Against Children Conference in Atlanta, Georgia. I have written numerous search warrants involving internet crimes against children cases and participated in their execution. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies.

2. **Detective Eli McAlister**: During the present investigation, I have been working with Detective Eli McAlister, who has been employed by the IMPD since January 2004. He is currently assigned to the Child Abuse Unit of IMPD, and has investigated criminal violations related to child exploitation including, but not limited to, child molesting, incest, and other crimes involving sexual abuse and neglect of children.

3. **Information provided**: The statements in this affidavit are based in part on information provided by the persons listed below. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known

to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **ALI AL-AWADI** has committed the following offenses:

a. **Count 1**: Sexual exploitation of a child on or about August 21, 2014, in violation of 18 U.S.C. § 2251(a);

4. **Requested action**: I make this affidavit in support of an application for an arrest warrant for **ALI AL-AWADI** for violating the above listed statute.

5. **Sexual Exploitation of a Child**: The investigation concerns an alleged violation of 18 U.S.C. § 2251(a) which prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or who has a minor assist any other person to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

6. **Definitions**: The following definitions apply to this Affidavit and its Attachments:

a. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

b. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is

defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

    c.    The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

    d.    The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device. This would include a cellular telephone with an imbedded camera.

    6.    **Present investigation**: On August 21, 2014, Child 1 was taken to St. Vincent Hospital with allegations of child abuse. Specifically, Child 1 advised that "Mr. Ali" inserted his finger into her vagina at the daycare earlier in the afternoon. Sexual Assault Nurse Examiner Angela Bates conducted an exam of Child 1 on August 21, 2014, where she observed injuries to Child 1's genitals as follows:

a. Swelling, erythema, and redness to the Hymen at 12 o'clock;
b. Red coloration to the peri-hymenal area on the left side and left vestibular area;
c. Red colorations to the hymen between 6 o'clock and 11 o'clock;
d. Swelling to the hymen between 6 o'clock and 11 o'clock; and
e. Peri-hymenal redness to the right side.

7.      IMPD was notified of the allegations, and Detective Eli McAlister was assigned to the investigation. On August 22, 2014, Child 1 was forensically interviewed by Forensic Child Interviewer Laura Fuhrman. During this interview, Child 1 disclosed that "Mr. Ali" touched her between her legs and now it hurt to pee. Child 1 pointed to the vagina on a diagram of a nude female to show which part of her body "Mr. Ali" touched. Child 1 disclosed that "Mr. Ali" put his finger inside her vagina and moved it.

8.      On August 22, 2014, Detective McAlister went to the daycare where Child 1 attended. There he learned that "Mr. Ali" was Ali Al-Awadi. Throughout the day on August 22, 2014, Detective McAlister and other investigators interviewed Child 1's parents, the teacher of her daycare class, the Office Manager, and the Assistant Director of the daycare center. Child 1 told each of them that "Mr. Ali" put his finger inside her vagina and it hurt. In addition, Child 1's teacher, Tyria Graham, made Child 1 confront "Mr. Ali" and tell him face to face what he did to her. In response, Child 1 told Ali Al-Awadi her vagina hurt from when he put his finger inside it earlier that afternoon. Ali Al-Awadi responded by placing Child 1 on his lap, and telling her not to say that.

9.      On August 22, 2014, Detective McAlister interviewed Ali Al-Awadi at the Child Advocacy Center. Ali Al-Awadi was advised of his Miranda rights, and he agreed to speak with Detective McAlister. The interview was audio and video recorded. During the interview, he denied that he molested Child 1. He did say he was the sole adult in her class that day from about 12:30 to 1:30 PM and that he spent the first half of the period lying down on the floor next to her playing and joking around with her and another four year old child next to her. He said that Child 1 told him she was wearing a new pair of panties and began lifting her shirt to show him the new panties as he was getting down on the floor next to her. He claimed this made him

uncomfortable, but Ali Al-Awadi admitted to spending the next thirty minutes on the ground next to her playing around with her and making her laugh. He admitted to tickling her stomach with her shirt lifted and to grabbing her pants and the waistband of her pants while he shook her pants and commented on how loose they were.

10. In addition, Ali Al-Awadi described an incident in which he said Child 1 wrapped her legs around his arm and wristwatch, pressing her genitals against him firmly for about ten seconds. He said he tried to get her off of his arm, but she would not let go. When he finally did get his arm free and away from her genitals, she asked for his arm and he offered it up by sticking it out to her. He said she then grabbed his arm, opened her legs, and tried to put his arm back in between her legs and against her genitals a second time. His conclusion after she tried to do that a second time was that it felt good to her and she was experimenting sexually with his arm. Ali Al-Awadi said he eventually got up from the ground and let Child 1 take her nap. He walked around the room watching the children after that and then went on his own lunch break when Tyria Graham returned at about 1:30 PM. He said that during his lunch break, he went to a gas station to buy a pop, but then sat in his car in the parking lot with the AC on watching "You Tube" videos on his cell phone for the rest of his hour break. He did not know what videos he watched, but then said he watched the "ALS Ice Bucket Challenge" videos. He could not say what additional videos he may have watched. When questioned further about what additional videos he watched on "You Tube," he changed his story and said he thinks he might have actually just played video games on his phone that day. He later said he might have also browsed the software application (or "App") on his phone named "Reddit." He said it had a variety of videos on tabs on the side of the "App" that come up, including videos with naked men, naked women, and incest. He denied watching any of those videos. When asked if he

5

watched any pornography on his cellular telephone that day, he said he does view pornography at home, but he does not do it at work or during work hours. He conceded there may have been other videos he watched in his car during his lunch break on August 21, 2014, but he could not remember what they were.

11. At the close of the interview, Detective McAlister arrested Ali Al-Awadi for child molesting. At that time, Ali Al-Awadi had his cellular telephone with him. The phone was a "Samsung" brand "Galaxy S 5" in a rubber case. The telephone number of the phone, according to Ali Al-Awadi, is (317) XXX-XXXX.1 The serial number of the cellular telephone is Rv8F40VCHDL. At the time of Mr. Al-Awadi's arrest, Detective McAlister seized the phone as evidence. The phone was placed in the IMPD Property Room for safekeeping at 12:21 AM on August 23, 2014.

12. A State search warrant was obtained on August 26, 2014, and subsequently executed on the Samsung Galaxy phone. During execution of the search warrant, it was discovered that the phone was passcode protected. On November 4, 2014, Ali Al-Awadi, through counsel, gave two potential passcodes for the cell phone. In addition, On December 23, 2014, Ali Al-Awadi and counsel signed an Agreed Stipulation authorizing the search of the Samsung Galaxy phone.

13. On December 28, 2014, a forensic examination of the Samsung Galaxy cellular phone revealed several deleted thumbnail images depicting Ali Al-Awadi and Child 1 posing for "selfie" photographs. In addition, there were several images depicting someone pulling the underwear and pants away from a small child's body and photographing the bare mons pubis and genitals (including the upper portion of the labia majora) of a prepubescent female child. The

---

1 The exact phone number is known to the affiant, but redacted herein.

underwear of the child was black in color with a bright pink waist-band and pink stitching holding the elastic band to the underwear. The pants were denim with a small elastic band on the inside of the waistband connected to the inside of the pants with a clear plastic button. Such an elastic band and button combination is used in the clothing of small children to allow the pants to be adjusted in or out to better fit the child's waist. Such a feature is commonly used on young children's pants and not normally found as part of adolescent or adult pants.

14. On January 8, 2015, Detective McAlister went to the IMPD property room annex located at 10th and Post Road to examine the evidence recovered at St. Vincent Hospital at the time of Child 1's forensic exam. The evidence kit was sealed. Detective McAlister opened the evidence kit and within the kit he located a sealed paper bag labeled, "Step 3, Victim's Underpants, pink and black panty". Detective McAlister opened the sealed paper bag and more closely examined the underwear. The underwear recovered from Child 1 at St. Vincent Hospital were an exact match for the underwear depicted in the images found on Ali Al-Awadi's cellular phone. Detective McAlister photographed the underwear, placed them back inside the paper bag, sealed the bag, and placed the sealed bag inside the evidence kit. Detective McAlister then sealed the evidence kit and placed the kit back into the IMPD property room.

15. **Interstate and Foreign Commerce**: From my training and experience, I know that Samsung cellular phones are not manufactured in Indiana.

16. **Conclusion**: Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Ali Al-Awadi has committed the offense described above and I request the Court to issue a Complaint and Arrest Warrant for such offenses.

Further Affiant Sayeth Naught.

_____
Darin Odier
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on February 2, 2015

_____
Tim A. Baker
United States Magistrate Judge

8